# First District Court of Appeal
# State of Florida

—————————————————

No. 1D2023-0733

—————————————————

Aaron A Cook,

Appellant,

v.

State of Florida,

Appellee.

—————————————————

On appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.


November 28, 2023

Per Curiam.

Affirmed.

Osterhaus, C.J., and B.L. Thomas and Nordby, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Jessica J. Yeary, Public Defender, Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

No response for Appellee.